UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY S.,[1]<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,[2]<br><br>　　　　　　　　　Defendant. | Case No.: 23-CV-2224-JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION STIPULATING TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>(ECF No. 9) |

   Presently before the Court is the Parties' Joint Motion Stipulating to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Joint Mot.," ECF No. 9). The Parties indicate that remand will allow Defendant Commissioner of Social Security to "further develop the record as necessary and issue a new decision." Joint Mot. at 2. The Parties also "request that the Clerk of the Court be directed to enter a final judgment in

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases arising under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

[2] The Parties indicate that Defendant Kilolo Kijakazi, the former Acting Commissioner of Social Security, was replaced by Martin O'Malley on December 20, 2023. Joint Mot. at 1 n.1. The Parties therefore request that the Court order that Martin O'Malley be substituted for Kilolo Kijakazi as the defendant in this suit pursuant to Federal Rule of Civil Procedure 25(d). *Id.* As Rule 25(d) provides that a public "officer's successor is automatically substituted as a party," the Court **GRANTS** the Parties' request.

favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner." *Id.*

After considering the Parties' arguments and the applicable law and good cause appearing, the Court **GRANTS** the Parties' Joint Motion and **REMANDS** this action to the Social Security Administration for further proceedings consistent with the terms set forth in the Parties' Joint Motion. Judgment is entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court **DIRECTS** the Clerk of the Court to close the case.

**IT IS SO ORDERED.**

Dated: February 6, 2024

Hon. Janis L. Sammartino
United States District Judge